BEATTY *v.* UNITED STATES.

No. 338. Decided October 23, 1967.

*Robert S. Vance* for petitioner.

*Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

PER CURIAM.

The petition for a writ of certiorari is granted and the judgment is reversed. *Massiah* v. *United States,* 377 U. S. 201.

MR. JUSTICE HARLAN and MR. JUSTICE WHITE dissent.

SAYLES *v.* WIEGAND, PRESIDENT, BOARD OF DIRECTORS OF METROPOLIS BUILDING ASSOCIATION, ET AL.

No. 491. Decided October 23, 1967.

PER CURIAM.

The motion to dispense with printing the jurisdictional statement is granted. The appeal is dismissed for want of jurisdiction.